IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICROBIX BIOSYSTEMS, INC.       *

        Plaintiff              *

vs.                             *   CIVIL ACTION NO. MJG-97-2525

BIOWHITTAKER, INC., et al.      *

        Defendants             *

\*    \*    \*    \*    \*    \*    \*    \*    \*

ORDER

It appears that the docket does not reflect the granting of the Motion to Appear Pro Hac Vice filed on behalf of Peter Thauer, Esquire (Paper 83-1). Accordingly, the said Motion is hereby granted nunc pro tunc to the date of filing.

SO ORDERED THIS 24th DAY OF January, 2000

                              Marvin J. Garbis
                          United States District Judge

**TO: CLERK - CJA REPORT MATTER**

# MEMORANDUM



CHAMBERS OF
HON. MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE
TELE: 410-962-9090
FAX: 410-962-0896

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

January 21, 2000

Re: CJA Reports - MJG-97-2525

The attached Order takes care of this missed motion. Please confirm that this has been taken care of and will be off the CJA list.

Marvin J. Garbis
United States District Judge